# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TAMARA CARTER and DAVID CARTER,<br><br>Plaintiff(s),<br><br>v.<br><br>JOHNSON & JOHNSON; ETHICON, INC.; and ETHICON, LLC,<br><br>Defendant(s). | 2:20-cv-01232-KJD-VCF<br>**ORDER** |

Before me is the joint motion to refer case to Ninth Circuit Mediation Office for Mediation (ECF NO. 181). Given the procedural history, I have determined that this case would benefit from mediation with the Ninth Circuit Court of Appeals.

I am referring this matter to the Circuit Mediation Office of the Ninth Circuit Court of Appeals. A representative of that office will contact counsel for all parties within seven days to schedule a conference call. All future motions or other pleadings that relate to this mediation are to be copied to ca09_Mediation@ca9.uscourts.gov. Information about the Ninth Circuit Mediation Program can be found at www.ca9.uscourts.gov. Any mediation plan agreed to by the parties shall be promptly filed with the Court.

Accordingly, and good cause appearing,

I ORDER that the joint motion to refer case to Ninth Circuit Mediation Office for Mediation (ECF NO. 181) is GRANTED.

DATED this 16th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE