Exhibit A - Excerpt of Pramudji Deposition (4-11-2014)

Christina Pramudji, M.D.

1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                     CHARLESTON DIVISION
3    IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEMS
4    PRODUCTS LIABILITY LITIGATION     MDL NO. 2327
     _____
5
     Jo Huskey and Allen
6    Huskey,
7           Plaintiffs,
     v.                          Case No. 2:12-cv-05201
8
     Ethicon, Inc., et al.,
9
               Defendants.
10
11
12
13
14              ORAL DEPOSITION OF
15            CHRISTINA PRAMUDJI, M.D.
16             Friday, April 11, 2014
17
18
19
20
21
22          GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com

Golkow Technologies, Inc.                                    Page 1

1    the removal surgeries can be significantly

2    more complicated than the original

3    implantation surgery for the TVT-O, right?

4              MR. SNELL:  Form.

5         A.   It can be harder to find the

6    sling if it's not a dyed sling.

7    BY MS. KIRKPATRICK:

8         Q.   And the removal surgery requires

9    dissection of some of the pelvic tissue,

10   correct?

11        A.   Well, it requires dissecting

12   around the urethra, primarily.

13        Q.   And that can cause additional

14   scar tissue, correct, simply because you're

15   having more surgery in the same location?

16        A.   It could, yes.

17        Q.   Are there any other complications

18   that you think are risks that come from the

19   removal surgery itself?

20        A.   No.

21        Q.   So just the possibility of

22   additional scarring?

23        A.   Yes.

24        Q.   Okay.  We've been talking a lot

1  about kind of the procedure that's used here.
2  You're not a biomaterials expert, correct?
3       A.    Well, I know about the materials
4  that I use for surgery, so I would say that
5  I -- you know, I'm knowledgeable about what I
6  implant in patients.
7       Q.    Okay.  What's the Ethicon TVT-O
8  sling made of?
9       A.    Polypropylene.
10      Q.    Okay.  What's added to that
11 polypropylene?
12      A.    What's added to it?
13      Q.    Uh-huh.
14      A.    I don't know if anything's added
15 to it.
16      Q.    Do you know if there's any
17 antioxidants used in it?
18      A.    No, I don't know.
19      Q.    Do you know what its molecular
20 weight is?
21      A.    I've seen it before, but I don't
22 know off the top of my head.
23      Q.    Do you know whether it's been
24 oxidized before it's been placed into a

1    woman's body?

2        A.    No.

3        Q.    Do you know anything about the
4    process of oxidation of polypropylene?

5        A.    No.

6        Q.    And that's not the type of
7    information -- you know that it's made of
8    polypropylene, but you're not intending to
9    offer opinions here concerning the chemical
10   processes that are involved with
11   polypropylene, correct?

12       A.    I don't know about the chemical
13   processes.

14       Q.    Okay.  So you would defer -- you
15   would defer to other experts who would be
16   biomaterials experts or who would be
17   specialists in polypropylene for that
18   particular type of information?

19             MR. SNELL:  Form.

20       A.    I know how it -- I focus on it
21   from the perspective of my patients.

22   BY MS. KIRKPATRICK:

23       Q.    Okay.  So you focus, though, on
24   how you believe the polypropylene sling

1    performs in your patients, both from an

2    efficacy standpoint, correct, and from

3    complications that you see?

4         A.    From my experience and from the

5    vast body of literature that's available on

6    polypropylene slings.

7         Q.    Okay.  But I guess I'm just

8    trying to figure out what the parameters of

9    your testimony are.  You're not going to come

10   in and you're not planning on holding

11   yourself out as an expert on polymers and

12   polypropylene and degradation or any of those

13   particular issues related to polypropylene,

14   are you?

15              MR. SNELL:  Form.  And I will say

16        she is.  I am putting her up on that, and

17        it is in her report.

18   BY MS. KIRKPATRICK:

19        Q.    Okay.  How does polypropylene

20   degrade?

21        A.    It doesn't degrade.

22        Q.    So your opinion, sitting here

23   today, that there is no way that any

24   polypropylene that exists in this world can

1   degrade?

2              MR. SNELL:  That's overbroad,

3        form.

4              Go ahead.

5        A.    That's a very broad question.

6   You know, from how it's used in the body in

7   sutures and in slings, it doesn't degrade;

8   that's why it's a permanent suture.  That's

9   why heart surgeons rely on it and cardiac

10  surgeons rely on it to sew up your aorta when

11  you have aortic surgery.

12             So if it degraded, it would not

13  be used in that application.  There's no

14  clinical degradation that occurs.

15  BY MS. KIRKPATRICK:

16       Q.    So you believe that there's no

17  evidence that exists, either in Ethicon's own

18  documents or in the literature, that supports

19  the theory that polypropylene sutures can

20  degrade --

21             MR. SNELL:  Form.

22             Go ahead.

23  BY MS. KIRKPATRICK:

24       Q.    -- in vivo?

1  MR. SNELL: Form.

2  A. I mean, I can't say that there's
3  nothing out there that they didn't do any
4  kind of manipulation to polypropylene or look
5  at it a certain way and found some
6  degradation there, but does it matter to
7  patients and to this case, no.

8  BY MS. KIRKPATRICK:

9  Q. Has Mr. Snell or any of the
10 attorneys for Ethicon provided you with any
11 Ethicon documents reflecting degradation of
12 polypropylene sutures?

13 A. I mean, I think I saw some
14 internal communication, I can't remember if
15 it was from Mr. Kountze or from Mr. Snell, I
16 don't remember, but I know that that is out
17 there, that that was something that the
18 engineers were talking about and Ethicon was
19 talking about.

20         But clinically, I'm telling you
21 it does not make a difference, and I don't
22 believe that there's degradation that occurs
23 that it makes any hill of beans' difference
24 for patients.

```
 1        Q.     Okay.  So let me just figure out
 2   what you are testifying about and what you're
 3   not testifying about.  You don't have a basis
 4   for saying whether polypropylene does or
 5   doesn't degrade.
 6               What you are here to offer your
 7   opinion on is that regardless of whether
 8   polypropylene degrades or doesn't degrade,
 9   there's no clinical significance to a
10   particular patient?
11        A.     I don't think it degrades.
12               MR. SNELL:  Hold on, hold on,
13        hold on.  Form.  That misstates, too.
14               Go ahead.
15        A.     I don't think it degrades and I
16   think there's other evidence that shows that
17   it doesn't degrade.
18   BY MS. KIRKPATRICK:
19        Q.     Have you asked Ethicon, in
20   reaching that opinion, to provide you with
21   all of the information that they have
22   concerning the potential degradation of
23   polypropylene sutures?
24        A.     No.
```

1      Q.     And don't you think that the
2    information that Ethicon has and the
3    knowledge that Ethicon has concerning the
4    degradation of polypropylene sutures would be
5    something that you would want to see in
6    reaching your opinions concerning the
7    degradation of polypropylene sutures?
8              MR. SNELL:  Form.
9         A.     No.
10   BY MS. KIRKPATRICK:
11        Q.     You don't think it's important
12   what your -- what Ethicon has said about its
13   own sutures for you to reach your conclusion.
14   Is that right?
15        A.     Right.
16        Q.     Okay.  Have you ever tested it to
17   see whether it degrades?
18        A.     No.
19        Q.     Have you ever looked at
20   polypropylene under a microscope?
21        A.     I've seen pictures of it under a
22   microscope.
23        Q.     Have you looked at it yourself?
24        A.     No.

1      Q.    Have you ever looked at explanted
2  polypropylene sutures and analyzed them to
3  see whether there's any degradation in them?
4      A.    No, I have not.
5      Q.    Have you ever looked at explanted
6  polypropylene mesh to see if there's any
7  degradation in that mesh?
8      A.    I've looked at -- when I've taken
9  it out of patients, I've looked at it and
10 it's intact.
11     Q.    Okay.  Let me just clarify.  Have
12 you ever looked at it microscopically to see
13 whether it has degraded microscopically?
14     A.    I've looked at the images that
15 the pathologists have provided to me because
16 I get images back from them.
17     Q.    Okay.  How many of those images
18 have you looked at?
19     A.    I don't know, 10, 20.
20     Q.    Have you ever asked a pathologist
21 to see whether the polypropylene had
22 deteriorated?
23     A.    No.
24     Q.    That's not something that you

1    standardly do when you remove polypropylene
2    from a woman?
3         A.    No, because it doesn't
4    deteriorate.
5         Q.    How do you know that?
6               MR. SNELL:  Form, asked and
7    answered.
8         A.    Because it doesn't.  It's a
9    permanent suture.  You can go back in 20
10   years and you'll still find it in there.
11   BY MS. KIRKPATRICK:
12        Q.    And so your -- is it your opinion
13   here that because 20 years from now, you can
14   find a polypropylene suture where you
15   implanted it and it has not completely
16   disappeared, therefore it cannot degrade?
17              MR. SNELL:  Form.
18        A.    20, 30, 40 years, it's going to
19   be there.  It's not degrading.
20   BY MS. KIRKPATRICK:
21        Q.    Do you think it can crack?
22        A.    No.
23        Q.    Do you think that it can release
24   particles from the surface?

1      A.     No.

2      Q.     Do you think that it changes its

3   chemical composition in any way at all?

4      A.     No.

5      Q.     Do you think that polypropylene

6   used in the body can change its molecular

7   weight?

8      A.     No.

9      Q.     Do you think that polypropylene

10  that is used in the body can undergo any

11  mechanical changes to it?

12             MR. SNELL:  Form.

13     A.     Depending on where it's placed

14  and what happens with that patient, it could

15  move slightly, because it's -- you know, just

16  the position of it, like a hernia repair, if

17  a patient gained a lot of weight, it could

18  change its position slightly, if that's what

19  you're referring to.  But it doesn't just

20  change on its own.

21  BY MS. KIRKPATRICK:

22     Q.     Okay.  And once again, the basis

23  for your opinion on that is when you have

24  looked at the polypropylene that you've

1  removed, you don't visibly see deterioration?

2         MR. SNELL:  Form.

3     A.    That's part of it, but also

4  because polypropylene is relied upon by

5  surgeons throughout the world for the last 40

6  years as a permanent suture.  If we were

7  having aortas busting open after 30 years, we

8  wouldn't be relying on it.

9  BY MS. KIRKPATRICK:

10    Q.    So that's the basis for your

11 opinion here, it's not any independent study

12 that you've done, correct?

13        MR. SNELL:  Form.

14    A.    In looking at the literature as

15 well.  It's not reported as degrading.

16 BY MS. KIRKPATRICK:

17    Q.    You've never seen any literature

18 that reports polypropylene degrading?

19    A.    Not any significant good

20 literature.  Some remote studies.

21    Q.    Okay.  What literature have you

22 been provided with by Ethicon regarding

23 degradation?  What articles have you looked

24 at?

1        A.      I can't recall right now.

2        Q.      Okay.  And when you say not any
3    good literature, what literature are you
4    referring to that would be -- I don't want to
5    say bad literature just because it's the
6    opposite of good -- that documents or deals
7    with degradation of polypropylene in the
8    body?

9        A.      I mean, I think there was maybe a
10   polymer article or something like that that
11   was talking about it in some journal, but I
12   can't recall.  But nothing in the major body
13   of literature that has brought that up as an
14   issue.  It's just not an issue.

15       Q.      You don't believe that that's an
16   issue at all?

17       A.      No.

18       Q.      And you don't believe that that's
19   an issue that's been addressed in the medical
20   and scientific literature?

21       A.      No.

22       Q.      And it's not an issue that was
23   addressed in the materials that were provided
24   to you by Ethicon, either from their internal

1      documents or from the literature that they

2      provided you with, correct?

3              MR. SNELL:  Form.

4         A.   Correct.

5     BY MS. KIRKPATRICK:

6         Q.   Okay.  And you haven't done

7     any -- you don't have any specialized

8     training in polymer chemistry, do you?

9              MR. SNELL:  Form.

10        A.   Well, I'm a chemical engineer, so

11    I had some training in polymers and

12    chemistry.

13    BY MS. KIRKPATRICK

14        Q.   Okay.

15        A.   But, you know -- and that was a

16    long time ago.  But, I mean, my main concern

17    is with patients, you know, the materials

18    that I put in patients and how they -- what

19    the literature bears out and how they respond

20    to it.

21    BY MS. KIRKPATRICK:

22        Q.   So when you take a TVT-O or any

23    kind of midurethral sling out of a patient,

24    does it look exactly the same as it did when