Exhibit B - Excerpt of Pramudji Deposition (3-23-2016)

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT WEST VIRGINIA
 2                   CHARLESTON DIVISION
 3                              ) Master File
    IN RE:  ETHICON, INC.,      ) No. 2:12-MD-02327
 4  PELVIC REPAIR SYSTEM        )
    PRODUCTS LIABILITY          ) JOSEPH R. GOODWIN
 5  LITIGATION                  ) U.S. DISTRICT JUDGE
    _____   ) _____
 6                              )
    THIS DOCUMENT RELATES TO    )
 7  THE FOLLOWING CASES IN WAVE )
    1 OF MDL 200:               )
 8  JOY ESSMAN                  )
    Case No. 2:12-cv-00277      )
 9                              )
    BARBARA A. HILL             )
10  Case No. 2:12-cv-00806      )
                                )
11  PAULA KRIZ                  )
    Case No. 2:12-cv-00938      )
12                              )
    BRENDA RIDDELL              ) ORAL DEPOSITION OF
13  Case No. 2:12-cv-00547      ) CHRISTINA PRAMUDJI, M.D.
                                )
14  SHARON CARPENTER            ) MARCH 23, 2016
    Case No. 2:12-cv-00554      )
15                              )
    MARY JANE OLSEN             )
16  Case No. 2:12-cv-00470      )
                                )
17  VIRGINIA WHITE              )
    Case No. 2:12-cv-00958      )
18                              )
    SANDRA WOLFE                )
19  Case No. 2:12-cv-00335      )
                                )
20  MARIE SMITH (F/K/A BANKS)   )
    Case No. 2:12-cv-01318      )
21                              )
    SHERRY FOX                  )
22  Case No. 2:12-cv-00878      )
                                )
23  LOIS DURHAM                 )
    Case No. 2:12-cv-00760      )
24                              )
```

```
 1      Q.   Would you agree that you are not an expert in
 2   polymer chemistry?
 3      A.   No, I would not agree with that.  I mean, I
 4   have dealt with polymers all these years as a surgeon
 5   and I was a chemical engineering undergrad and studied
 6   polymer science there, so I feel comfortable with
 7   polymers and I understand how Gynemesh works in
 8   patients in over 2000 patients.
 9      Q.   So you hold yourself out as an expert in
10   polymer chemistry.  Is that right?
11      A.   Yes, as far as it -- as far as it relates to
12   my practice, I certainly do.
13      Q.   Have you ever done any chemical testing with
14   the Prolene Soft mesh or the mesh in the Prolift or
15   the Prosima to see if it degrades?
16      A.   No, I haven't done that.
17      Q.   Have you ever done a microscopic analysis of
18   the Prolene Soft mesh or the mesh that's in the --
19   which is the mesh that's in the Prolift or in Prosima
20   to determine if it degrades?
21      A.   No, I haven't.
22      Q.   Do you -- strike that.
23           In support of your opinion regarding mesh
24   degradation you state that the reoperation rates for
```