| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
| | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | BUTLER SNOW LLP |
| | Anita Modak-Truran *(pro hac vice)* |
| 7 | Jin Yoshikawa *(pro hac vice)* |
| | 150 3rd Avenue South, Suite 1600 |
| 8 | Nashville, Tennessee 37201 |
| | Telephone: (615) 651-6751 |
| 9 | Facsimile: (615) 651-6701 |
| | Email: jin.yoshikawa@butlersnow.com |
| 10 | |
| | Attorneys for Defendants Johnson & Johnson |
| 11 | and Ethicon, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 14 | TAMARA CARTER and DAVID CARTER, | Case No. 2:20-cv-01232-KJD-VCF |
| 15 | | |
| 16 | Plaintiffs, | **JOINT STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL STAY OF PROCEEDINGS** |
| 17 | vs. | |
| 18 | JOHNSON & JOHNSON; ETHICON, INC.; and ETHICON LLC, | |
| 19 | Defendants. | |

In accordance with the Court's order on the parties' stipulation to stay proceedings (ECF No. 238), the parties provide the following joint update regarding the status of the settlement of this case.

The parties are working on finalizing all settlement terms prior to payment of settlement funds. The parties jointly request the Court extend the current stay for an additional 90 days, until Monday, June 8, 2023 to allow time for the settlement to be concluded, at which point, this case will be dismissed with prejudice.

| WAGSTAFF & CARTMELL | KAEMPFER CROWELL |
|---|---|
| /s/ Diane Watkins | *[signature]* |
| Diane K. Watkins *(pro hac vice)* | Robert McCoy, No. 9121 |
| Jeffrey M. Kuntz *(pro hac vice)* | Sihomara L. Graves, No. 13239 |
| Thomas P. Cartmell *(pro hac vice)* | 1980 Festival Plaza Drive, Suite 650 |
| 4740 Grand Avenue, Suite 300 | Las Vegas, Nevada 89135 |
| Kansas City, MO 64112 | |
| | BUTLER SNOW LLP |
| WETHERALL GROUP, LTD. | Anita Modak-Truran *(pro hac vice)* |
| Peter C. Wetherall, No. 4414 | Jin Yoshikawa *(pro hac vice)* |
| 9345 West Sunset Road, Suite 100 | 150 3rd Avenue South, Suite 1600 |
| Las Vegas, NV 89148 | Nashville, Tennessee 37201 |
| Attorneys for Plaintiffs Tamara Carter and David Carter | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: 3/14/23