KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BUTLER SNOW LLP
Anita Modak-Truran *(pro hac vice)*
Jin Yoshikawa *(pro hac vice)*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com
Email: jin.yoshikawa@butlersnow.com

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA CARTER and DAVID CARTER,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON; ETHICON, INC.; and ETHICON LLC,<br><br>    Defendants. | Case No. 2:20-cv-01232-KJD-VCF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Tamara Carter and David Carter and defendants Ethicon, Inc. and Johnson & Johnson jointly submit this Stipulation for Dismissal with Prejudice.

1           Plaintiffs have reached an agreement with Defendants to resolve this action. Based on the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

| WAGSTAFF & CARTMELL | KAEMPFER CROWELL |
|---|---|
| /s/ Diane K. Watkins | |
| Diane K. Watkins *(pro hac vice)* | Robert McCoy, No. 9121 |
| Jeffrey M. Kuntz *(pro hac vice)* | Sihomara L. Graves, No. 13239 |
| Thomas P. Cartmell *(pro hac vice)* | 1980 Festival Plaza Drive, Suite 650 |
| 4740 Grand Avenue, Suite 300 | Las Vegas, Nevada 89135 |
| Kansas City, Missouri 64112 | |
| | BUTLER SNOW LLP |
| WETHERALL GROUP, LTD. | Anita Modak-Truran *(pro hac vice)* |
| Peter C. Wetherall | Jin Yoshikawa *(pro hac vice)* |
| 6671 South Las Vegas Blvd., Suite 210 | 150 3rd Avenue South, Suite 1600 |
| Las Vegas, Nevada 89119 | Nashville, Tennessee 37201 |
| | |
| Attorneys for Plaintiffs Tamara Carter and David Carter | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 06/21/2023